```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0205--CV (RRB)
              "MAERSK INC V MODERN MATERIALS INC"

      Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 08/24/05
          Closed: 11/10/05

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (120) Marine
                  FAILURE TO PAY FOR SERVICES
          Origin: (1) Original Proceeding
          Demand: 15
      Filing fee: Paid $250.00 on 08/24/05 receipt # 00126445
        Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1          MAERSK INC                       William D. DeVoe
                                                  Holmes Weddle et al
                                                  999 3rd Avenue, Suite 2600
                                                  Seattle, WA 98104
                                                  206-292-8008

DEF 1.1          MODERN MATERIALS INC             No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0205--CV (RRB)
                            "MAERSK INC V MODERN MATERIALS INC"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/24/05
             Closed: 11/10/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (120) Marine
                     FAILURE TO PAY FOR SERVICES
             Origin: (1) Original Proceeding
             Demand: 15
         Filing fee: Paid $250.00 on 08/24/05 receipt # 00126445
           Trial by:


 Document #    Filed      Docket text

     1 -   1   08/24/05   Complaint filed; Summons issued.

     2 -   1   10/31/05   RRB Minute Order plf is required to take action as to failure to serve.
                          Plf to file proofs of service so as to comply with Rule 4(m).   cc: cnsl

     3 -   1   11/10/05   PLF 1 Dismissal Notice (Case).
```